Order of this Court filed December 12, 2014, be restored to the practice of law, effective immediately.

106 A.3d 481

IN THE MATTER OF FELIX NIHAMIN, AN ATTORNEY AT LAW (ATTORNEY NO. 013071995).

January 23, 2015.

### ORDER

This matter having been duly presented, it is ORDERED that **FELIX NIHAMIN** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1995, and who was suspended from the practice of law for a period of three months effective July 17, 2014, by Order of this Court filed June 18, 2014, be restored to the practice of law, effective immediately.